## AGREEMENT AND RECEIPT FOR
## DISPUTE RESOLUTION PROGRAM

I have received a copy of the Dispute Resolution Program of PJ United, Inc., PJ Cheese, Inc., PJ Louisiana, LLC, PJ Chippewa, LLC, PJ Utah, LLC, and Ohio Pizza Delivery Co., their successors and assigns (the "Company"), and have read and understood its contents. However, I understand that I am employed only by the particular corporation listed above which actually provides my employment and the benefits thereof, and not by any other above listed corporation. I understand that my employment is "at-will" and such employment is not for a fixed term or definite period and may be terminated at the will of either party, with or without notice.

I recognize that differences may arise between the Company and me during or following my employment with the Company and that those differences may or may not be related to employment. I understand and agree that any such differences will be resolved as provided in the Dispute Resolution Policy. The Company and the employee agree that all provisions of the Dispute Resolution Program (DRP) are adopted and incorporated in this Agreement. I, as an employee, agree that I have had the opportunity to read and understand the provisions of the DRP Booklet.

**DIFFERENT PARTS OF AGREEMENT.** I understand and agree that the provisions of this Agreement and the Dispute Resolution Program are severable and, should any provision of either be held unenforceable, all others will remain valid, binding and fully enforceable. I agree that the arbitrator, and not any federal, state, or local court or agency, shall have the exclusive authority to resolve any dispute relating to the interpretation, arbitrability, applicability, enforceability or formation of this Agreement including, but not limited to, any claim that all or any part of this Agreement is void or voidable.

If a court should determine that arbitration under this Program is not the exclusive, final, and binding method for the Company and me to resolve disputes and/or that the decision and award of the arbitrator is not final and binding as to some or all of my claims, I must submit my claim to arbitration and pursue the arbitration to conclusion before filing or pursuing any legal, equitable, or other legal proceeding for any eligible claim in a court of competent jurisdiction.

**REQUIREMENTS FOR CHANGE IN AGREEMENT.** This Agreement to arbitrate shall survive the termination of my employment. It can only be revoked or modified by mutual consent evidenced by a writing signed by both parties that specifically states an intent to revoke or modify this Agreement.

**SOLE AND ENTIRE AGREEMENT.** This Agreement and the DRP Booklet together are the complete agreement of the parties on the subject of the resolution of employment disputes as laid out in the DRP Booklet. The terms of the Dispute Resolution Program Booklet are adopted into this Agreement as if they were set forth in their entirety in this document. This Agreement takes the place of any other verbal or written understanding on this subject. No party is relying on any statements, oral or written, on the subject of arbitration or the effect, enforceability or meaning of this Agreement, except as specifically stated in this Agreement. This Agreement is binding upon, and shall inure to the benefit of, the parties hereto and their successors and assigns, and upon all persons and entities who or which, directly or indirectly, control, are controlled by, or are under common control with the parties.

**NO EFFECT ON FILING WITH GOVERNMENT AGENCIES.** I understand that this Agreement does not prevent me from filing an administrative charge of discrimination, such as an EEOC charge. I also understand that this Agreement neither bars nor restricts me from filing a charge with the National Labor Relations Board or from accessing the Board's processes.

**NOT AN EMPLOYMENT CONTRACT.** While the DRP Booklet and this Agreement constitute a binding promise between the Company and me to arbitrate all applicable claims in dispute described in the Program Booklet, this Agreement is not and shall not be construed to create any contract of employment, expressed or implied. Nor does this Agreement in any way alter the "at-will" status of my employment.

JOY BONIN electronically signed this document on 6/19/2023 3:17:48 PM via GreenEmployee

©2023 EDR Systems, LLC
All Rights Reserved

**VOLUNTARY AGREEMENT.**  I acknowledge that I have carefully read this Agreement, I understand its terms, that all understandings and agreements between the Company and me relating to the subjects covered in this Agreement are contained in it, and that I have entered into this Agreement voluntarily and not in reliance on any other promises or representations by the Company other than those in this Agreement itself and the Dispute Resolution Program.

I further acknowledge and agree that I have been given the opportunity to discuss this Agreement with my own private lawyer and have used that opportunity to the extent that I wish to do so.  This Agreement shall apply to me, my representatives, executors, administrators, guardians, heirs and assigns in any action where a claim could be brought.

_____

Print Employee's Name

_____

Signature of Employee

_____

Signature of Parent or Guardian
(if under age 18)

_____

Date

_____

Restaurant Location

PJ United, Inc.
PJ Cheese, Inc.
PJ Louisiana, LLC
PJ Chippewa, LLC
PJ Utah, LLC
Ohio Pizza Delivery Co.
Their successors and assigns

By: _____
Douglas S. Stephens
President/CEO

JOY BONIN electronically signed this document on 6/19/2023 3:17:48 PM via GreenEmployee

©2023 EDR Systems, LLC
All Rights Reserved