# VERIFIED RETURN OF SERVICE

Job # 22420

### Client Info:

Arcadier, Biggie & Wood, PLLC
2815 W. New Haven Ave., Ste. 304
Melbourne, FL 32904

### Case Info:

**PLAINTIFF:**
JOY BONIN
  -versus-
**DEFENDANT:**
PJ CHEESE, INC.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF
FLORIDA FT. LAUDERDALE DIVISION
Court Case # **0:26-cv-60751-MD**

### Service Info:

**Date Received: 4/7/2026** at **02:46 PM**
**Service:** I Served **PJ CHEESE, INC. c/o CT CORPORATION SYSTEMS, Registered Agent**
With: **SUMMONS IN A CIVIL ACTION; AMENDED PETITION TO CONFIRM FINAL ARBITRATION AWARD; FINAL AWARD; ORDER DENYING PJ CHEESE, INC'S MOTION FOR SUMMARY JUDGMENT ON STATUTORY CLAIM FOR REIMBURSEMENT; ORDER GRANTING CLAIMANT'S MOTION FOR SUMMARY JUDGMENT ON ACTUAL AND LIQUIDATED DAMAGES; AGREEMENT AND RECEIPT FOR DISPUTE RESOLUTION PROGRAM**
by leaving with **Donna Moch, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At Business 1200 SOUTH PINE ISLAND RD PLANTATION, FL 33324**
Latitude: **26.106326**,   Longitude: **-80.261121**

On **4/8/2026** at **09:32 AM**
**Manner of Service: CORPORATE R/A**
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

### Served Description:  (Approx)

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **145**, Hair: **Brown** Glasses:  **No**

I **Mikhael Goldgisser** ACKNOWLEDGE THAT I AM OVER THE AGE OF 18, AUTHORIZED TO SERVE PROCESS, IN GOOD STANDING IN THE JURISDICTION WHEREIN SERVICE WAS EFFECTED IN ACCORDANCE WITH STATE STATUTE, AND I HAVE NO INTEREST IN THE ABOVE ACTION. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**Mikhael Goldgisser**
Lic # **SPS# 1556/ CPS# 3102/ CPS# 10114**

**Golden Process Service**
9715 W Broward Blvd
Suite 322
Plantation, FL 33324
Phone: (954) 324-8742

Our Job # **22420**




1 of 1

DATE: 4/8/2026 TIME: 09:32 AM

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| JOY BONIN | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| PJ CHEESE INC. | ) Civil Action No.  0:26-cv-60751-MD |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PJ CHEESE, INC.
c/o CT CORPORATION SYSTEMS ,Registered Agent
2 North Jackson St. Ste.605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph C. Wood
Arcadier, Biggie & Wood, PLLC
2815 W. New Haven Ave., Ste. 304
Melbourne, FL 32904

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:        03/30/2026

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court