UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60751-CIV-DAMIAN/Strauss

**JOY BONIN**,

       Plaintiff,

v.

**PJ CHEESE, INC.**,

       Defendant.

_____/

### ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record.

It is hereby ORDERED that by **May 8, 2026**, the parties shall prepare and file a joint scheduling report, as required by Local Rule 16.1, and by that same date, the parties, including governmental parties, to the extent they have not already, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of April, 2026.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Damian and Magistrate Judge Strauss as interested parties unless they have an interest in the litigation.