**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION**

JOY BONIN,

                Plaintiff,        Case No. <u>0:26-cv-60751</u>

   v.

PJ CHEESE, INC.,

              Defendant.

## <u>JOINT NOTICE [D.E. 9]</u>

The Parties, by the through the undersigned, and pursuant to this Court's April 27, 2026, Order [D.E. 9] hereby file this Joint Notice to notify the Court that this action was brought to confirm or enforce an arbitration award and is therefore exempt from the requirements of Local Rule 16.1 pursuant to Local Rule 16.1(b)(5) and Federal Rule of Civil Procedure 26(a)(1)(B)(ix).

    Dated: May 6, 2026

Respectfully submitted,

| | |
|---|---|
| <u>/s/ *Joseph C. Wood, Esq.*</u> | <u>/s/ *Robert Clayton Roesch, Esq.*</u> |
| Joseph C. Wood, Esq. | Robert Clayton Roesch |
| Florida Bar No. 93839 | Florida Bar No. 13931 |
| Arcadier, Biggie & Wood, PLLC | SHUFFIELD, LOWMAN & WILSON, P.A. |
| 2815 W. New Haven, Suite 304 | 1000 Legion Place, Suite 1700 |
| Melbourne, FL 32904 | Orlando, FL 32801 |
| Telephone: (321) 953-5998 | Telephone: (407) 581-9800 |
| Fax: (321) 953-6075 | Fax: (407) 581-9801 |
| office@ABWlegal.com | croesch@shuffieldlowman.com |
| wood@ABWlegal.com | litservice@shuffieldlowman.com |
| *LEAD Counsel for Joy Bonin* | *Attorneys for PJ Cheese, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which automatically sends a

Notice of Electronic Filing to all attorneys of record.


ARCADIER, BIGGIE, AND WOOD, PLLC.

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: office@ABWlegal.com
Secondary Email: wood@ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075
*Attorney For Claimant  Joy Bonin*

2