**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JOY BONIN,

     Petitioner,

v.

                             Case No. 26-60751-CIV-
                             DAMIAN/STRAUSS

PJ CHEESE, INC.,

     Respondent.

_____/

**REVISED JOINT MOTION FOR ORDER ESTABLISHING BRIEFING SCHEDULE
AND FOR LEAVE TO FILE BRIEFS EXCEEDING THE PAGE LIMITS**

Petitioner/Respondent, Joy Bonin ("Bonin"), and Respondent/Counter-Petitioner, PJ Cheese, Inc. ("PJ Cheese"), file this Revised Joint Motion for Order Establishing Briefing Schedule and for Leave to File Briefs Exceeding the Page Limits, (collectively, "Joint Motion"), in response to the Court's Order dated May 6, 2026, and, as grounds, state as follows:

Bonin has filed an Amended Petition to Confirm the Arbitration Award, and PJ Cheese has filed a Counter-Petition to Vacate or Correct the Arbitration Award (collectively, "Petitions"). The parties have agreed to the following briefing schedule and terms:

| | | |
|---|---|---|
| Deadline for Petitioner's Brief (Motion to Confirm Arbitration Award) | **May 25, 2026** | 30 total pages |
| Deadline for Respondent's Brief (Combined Response to Petitioner's Motion to Confirm Arbitration Award/Motion to Vacate, Modify, and/or Correct Arbitration Award) | **June 15, 2026** | 30 total pages |
| Deadline for Petitioner's Brief (Combined Response to Respondent's Motion to Vacate, Modify and/or Correct Arbitration Award/Reply to Respondent's Response) | **July 8, 2026** | 15 total pages |

1

| Deadline for Respondent's Brief (Reply to Petitioner's Response) | **July 24, 2026** | 15 total pages |
|---|---|---|

As indicated above, the parties respectfully seek to exceed the page limits set forth in the Local Rules.  At the Court's request, the above table clarifies that the pages requested would be for the combined filing due on the respective deadline.  In addition, the above table limits each party to a total of 45 pages across all briefs.  With this clarification and modification made, and due to the number of issues to be briefed by the parties and the dispositive nature of the relief requested, the parties believe that the enlargement of the page limit is appropriate.  Although the parties expect that this clarification/modification will address the Court's concern, the parties are amenable to providing a more substantive explanation if necessary.

**WHEREFORE**, PJ Cheese and Bonin respectfully request that this Court enter an order granting this Revised Joint Motion, granting leave to exceed the page limits and adopting the parties' briefing schedule.

Dated:  May 8, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph C. Wood | /s/ Robert Clayton Roesch |
| Joseph C. Wood, Esq. | Robert Clayton Roesch |
| Florida Bar No. 93839 | Florida Bar No. 13931 |
| Arcadier, Biggie & Wood, PLLC | SHUFFIELD, LOWMAN & WILSON, P.A. |
| 2815 W. New Haven, Suite 304 | 1000 Legion Place, Suite 1700 |
| Melbourne, FL  32904 | Orlando, FL 32801 |
| Telephone:  (321) 953-5998 | Telephone:  (407) 581-9800 |
| Fax:  (321) 953-6075 | Fax:  (407) 581-9801 |
| office@ABWlegal.com | croesch@shuffieldlowman.com |
| wood@ABWlegal.com | litservice@shuffieldlowman.com |
| *LEAD Counsel for  John O'Dell* | *Attorneys for PJ Cheese, Inc.* |

2

## <u>CERTIFICATE OF CONFERRAL</u>

Counsel for both parties certify that we have conferred with the opposing party, and the parties agree on the resolution of all of the relief requested in this Joint Motion.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically sends a Notice of Electronic Filing to all attorneys of record, including:

Joseph C. Wood, Esq.
Arcadier, Biggie & Wood, PLLC
2815 W. New Haven, Suite 304
Melbourne, FL  32904
office@ABWlegal.com
wood@ABWlegal.com

/s/ Robert Clayton Roesch
Robert Clayton Roesch

3